IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS JOSEPH SPOTTED EAGLE,<br>　　　　Defendant. | CR 22–63–M–DLC<br><br><br><br>*AMENDED*[1] ORDER |

Upon the Motion to Withdraw as Counsel and to Appoint New Counsel of Record, and having previously determined that the Defendant is financially unable to obtain counsel;

IT IS HEREBY ORDERED that the Attorney below, a member of the CJA Panel of this District, is appointed to represent the Defendant at every stage of the proceedings from the nunc pro tunc date of May 1, 2024, through disposition, including ancillary matters appropriate to the proceedings:

　　　　Name:　　　Matthew A. McKeon
　　　　　　　　　　Dastopolous, MacDonald & Lind, P.C.

　　　　Address:　　201 W. Main Street, Suite 201
　　　　　　　　　　Missoula, MT 59802

　　　　Telephone:　(406)728-0810

---

[1] The nunc pro tunc date of appointment is amended to May 1, 2024.

1

IT IS FURTHER ORDERED that Attorney Michael Donahoe is no longer counsel of record in the above-captioned matter.

DATED this 7th day of May 2024.

                                                Dana L. Christensen, District Judge
United States District Court